**Order entered March 6, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-18-01333-CV**

**IN RE BRUCE BISHOP, ASHLEY HUTCHESON, DALLAS COUNTY REPUBLICAN PARTY, AND MISSY SHOREY, Relators**

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14298**

**ORDER**
**Before the Court En Banc**

Based on the Court's opinion of this date, we withdraw our opinion of December 17, 2018, vacate our December 17, 2018 order, and dismiss this proceeding.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE